884

No. 353. LAND ET AL. *v.* DOLLAR ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Solicitor General Perlman* for petitioners. *Herman Phleger, Maurice E. Harrison, Gregory A. Harrison, Moses Lasky, Clinton M. Hester* and *Michael M. Kearney* for respondents.

No. 13, Misc. CUCKOVICH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 52, Misc. STRINGER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 210, Misc. CARNEY *v.* REDNOUR, SUPERINTENDENT. Circuit Court of Sangamon County, Illinois. Certiorari denied.

No. 211, Misc. MASON *v.* STATE OF WASHINGTON. Supreme Court of Washington. Certiorari denied.

No. 16, Misc. BERG *v.* UNITED STATES, *ante,* p. 805;
No. 31, Misc. MULKEY *v.* BREAKEY, CIRCUIT JUDGE, ET AL., *ante,* p. 837;
No. 42, Misc. LYLE *v.* EIDSON, WARDEN, *ante,* p. 837;
No. 105, Misc. SISKIND *v.* UNITED STATES, *ante,* p. 854;
No. 123, Misc. DI STEFANO ET AL. *v.* BEONDY, *ante,* p. 842; and
No. 156, Misc. LEVY *v.* SAWYER, SECRETARY OF COMMERCE, ET AL., *ante,* p. 855. The petitions for rehearing in these cases are denied.